UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

| | |
|---|---|
| MP VISTA, INC., HABIB PETROLEUM WARREN'S SHELL, INC., INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED | No. _____ |
| VERSUS | |
| MOTIVA ENTERPRISES, LLC AND SHELL OIL COMPANY | |

**COMPLAINT- CLASS ACTION**

NOW INTO COURT, throught undersigned counsel and pursuant to Federal Rule of Civil Procedure 23 come MP Vista, Inc., Habib Petroleum, Warren's Shell, Inc., Individually And On Behalf Of Those Similarly Situated, all of which ARE Florida corporations who individually and on behalf of those similarly situated represent as follows:

I.--INTRODUCTION

THE plaintiffs are retail channel partners of the defendants who were directed to close their fuel pumps on May 26, 2004 after Motiva discovered the gasoline it refined at its Norco Refinery in Louisiana and distributed in Florida, Mississippi, and Louisiana was contaminated with trace amounts of elemental sulfar.

II.--DEFENDANTS

Defendants here, Motiva Enterprises, LLC and Shell Oil Company, are a limited liability company and a business corporation, respectively, both of which are domiciled at 1209 Orange Street, Wilmington, Delaware 19801.

III.--JURISDICTION

This Court has subject matter jurisdiction pursuant to the Class Action Fairness Act (CAFA) 28 USC 1332(d)(2) because this is a class action in which there is at least minimal diversity and the matter in controversy exceeds the sum of Five Million Dollars($5,000,000.00) exclusive of interest and costs.

### IV.--VENUE

Venue is proper pursuant to 28 USC 1391(a) because both defendants are domiciled in this District.

### V.--CLASS DEFINITION

The plaintiffs propose to proceed on behalf of the following class:

The channel partners of Motiva Enterprises, LLC and Shell Oil Company directed by the defendants on May 26, 2004 to close their fuel pumps after the Motiva Refinery at Norco, Louisiana discovered the gasoline it refined and distributed was contaminated with elemental sulfar and who suffered damages as a result thereof.

### VI.-- FACTS

The defendants notified the plaintiffs and the putative class they seek to represent on or about May 26, 2004 that the Norco Refinery of Motiva Enterprises LLC has refined and distributed gasoline to its Shell Oil Company retail and wholesale channel partners in Florida, Mississippi and Louisiana which was unfit for its intended use do to contamination from trace elemental sulfar.

### VII.

The identified notification by the defendants included a mandatory instruction to the plaintiffs and all putative class member to cease fuel sales.

### VIII.

The plaintiffs and the putative class, they seek to represent, operate car washes, garages, miscellaneous, ancillary income streams and/or convenience stores, together with offering defendants' fuel products for sale.

### IX.

The plaintiffs as a result of the mandatory cessation of fuel sales ordered by the defendants suffered damages to the tangible and non-tangible aspects of their business.

### X. COUNT 1- NEGLIGENCE

The plaintiffs adopt by reference paragraphs I-IX as if repeated herein, in extensor.

### XI.

The refining and distribution of the contaminated fuel by the defendants, proximately resulted in damages to the plaintiffs, due to the defendants' imprudence and lack of skill. See La. C.c. art 2316.

### XII.—COUNT 2- BREACH OF WARRANTY

The plaintiffs adopt by reference paras. I-IX as if repeated herein, in extenso.

### XII.

The defendants' distribution of sulfar contaminated fuel to the plaintiffs and all of the putative members, breached the implied warranties of fitness for use and merchantability as provided by the Uniform Commercial Code.

### XIII.—NUMEROSITY

This action is maintainable as a class action because the size of the class, upon information and belief, is so numerous that joinder of all members would be impracible. This level of numerosity is better handled through the class action procedure.

### XIV.—COMMON QUESTIONS OF LAW AND FACT

Common questions of law and fact exist as to all members of the class and predominate over any questions solely affecting individual members of the class. Among the questions of law and fact common to the class are:

a. Whether or not the cessation of fuel sales during Memorial Day weekend travel detrimentally impacted the plaintiffs businesses.
b. Whether or not the sale/distribution of contaminated fuel breached implied warranties under the UCC.

### XV.—CLASS REPRESENTATIVES

Plaintiffs will fairly and adequately represent and protect the interest of the class. Plaintiffs, the class representatives herein, have retained counsel who are skilled and experienced in the prosecution of class action litigation, and who will adequately handle this action in an expeditious manner to the best interests of all members of the class.

### XVI.—SUPERIORITY

A class action is a superior vehicle for the fair and efficient adjudication of this litigation, because individual joinder of all class members is impracticable and would be expensive and

unduly burdensome on individual class members, defendants, and the court system. Additionally, because of the disparity of resources available to individual class members, prosecution of separate actions would work a financial hardship on many class members. Finally, a class certification is appropriate because the prosecution of separate actions by individual members of the class would create a risk of adjudications with respect to individual members of the class that would be as practical matter be dispositive of the interests of the other members not parties to the adjudications, and would substantially impair their ability to protect their interests.

XVII.

The plaintiffs pray for a trial by jury.

WHEREFORE, the plaintiffs, MP Vista, Inc., Habib Petroleum, Warren's Shell, Inc. Individually And On Behalf Of Those Similarly Situated, pray for Judgment against the defendants, Motiva Enterprises, LLC and Shell Oil Company, together with costs and attorney fees.

Respectfully submitted,

JONATHAN B. O'NEILL, ESQ. Bar I.D. 4442
MORTON R. KIMMEL, ESQ. Bar I.D. 132
MICHAEL D. BEDNASH, ESQ. Bar I.D. 2948
Kimmel, Carter, Roman & Peltz, P.A.
200 Biddle Avenue, Suite 101
Spingside Plaza
Newark, Delaware 19702
(302) 392-5277
Attorneys for Plaintiffs

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MP Vista, Inc., Habib Petroleum, Warren's Shell, Inc., Individually and on behalf of those similarly situated.

### DEFENDANTS
Motiva Enterprises, LLC and Shell Oil Company

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: New Castle (DE)
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Kimmel, Carter, Roman, & Peltz, P.A.
P.O. Box 1070
Bear, DE 19701    (302) 392-2000

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☒ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 791 Empl. Ret. Inc. Security Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28 USC 1332(d)(2)

Brief description of cause: Damages to tangible and non-tangible aspects of plaintiffs' businesses.

## VII. REQUESTED IN COMPLAINT:
☒ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 5,000,000.00 +

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____    DOCKET NUMBER _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07-99 _____

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___2___ COPIES OF AO FORM 85.

___2/21/07___  X _____[signature]_____
(Date forms issued)     (Signature of Party or their Representative)

X  Jason Stowell
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action