AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Delaware

MP VISTA, INC., HABIB PETROLEUM, WARREN'S SHELL, INC., INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED

V.

MOTIVA ENTERPRISES, LLC AND SHELL OIL COMPANY

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-99

TO: (Name and address of Defendant) MOTIVA ENTERPRISES, LLC

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

MORTON RICHARD KIMMEL
KIMMEL, CARTER, ROMAN & PELTZ, P.A.
P.O. BOX 1070,
BEAR, DE 19702

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    2/21/07

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE March 13, 2007 |
| NAME OF SERVER (PRINT) Allen L. Beitman | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Service was made to the Registered Agent, CT Corporation, at 1209 Orange Street, Wilmington, Delaware 19801. Papers were left with Scott LaScala

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 15, 2007       _Allen L. Beitman_
              Date                  Signature of Server

3323 Silverside Road Wilmington, DE 19810
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

MP VISTA, INC., HABIB PETROLEUM :
WARREN'S SHELL, INC., INDIVIDUALLY : No. 07-99
AND ON BEHALF OF THOSE :
SIMILARLY SITUATED :
:
VERSUS :
:
MOTIVA ENTERPRISES, LLC AND SHELL :
OIL COMPANY :

### COMPLAINT- CLASS ACTION

NOW INTO COURT, throught undersigned counsel and pursuant to Federal Rule of Civil Procedure 23 come MP Vista, Inc., Habib Petroleum, Warren's Shell, Inc., Individually And On Behalf Of Those Similarly Situated, all of which ARE Florida corporations who individually and on behalf of those similarly situated represent as follows:

### I.--INTRODUCTION

THE plaintiffs are retail channel partners of the defendants who were directed to close their fuel pumps on May 26, 2004 after Motiva discovered the gasoline it refined at its Norco Refinery in Louisiana and distributed in Florida, Mississippi, and Louisiana was contaminated with trace amounts of elemental sulfar.

### II.--DEFENDANTS

Defendants here, Motiva Enterprises, LLC and Shell Oil Company, are a limited liability company and a business corporation, respectively, both of which are domiciled at 1209 Orange Street, Wilmington, Delaware 19801.

### III.--JURISDICTION

This Court has subject matter jurisdiction pursuant to the Class Action Fairness Act (CAFA) 28 USC 1332(d)(2) because this is a class action in which there is at least minimal diversity and the matter in controversy exceeds the sum of Five Million Dollars($5,000,000.00) exclusive of interest and costs.

unduly burdensome on individual class members, defendants, and the court system. Additionally, because of the disparity of resources available to individual class members, prosecution of separate actions would work a financial hardship on many class members. Finally, a class certification is appropriate because the prosecution of separate actions by individual members of the class would create a risk of adjudications with respect to individual members of the class that would be as practical matter be dispositive of the interests of the other members not parties to the adjudications, and would substantially impair their ability to protect their interests.

XVII.

The plaintiffs pray for a trial by jury.

WHEREFORE, the plaintiffs, MP Vista, Inc., Habib Petroleum, Warren's Shell, Inc. Individually And On Behalf Of Those Similarly Situated, pray for Judgment against the defendants, Motiva Enterprises, LLC and Shell Oil Company, together with costs and attorney fees.

Respectfully submitted,

*/s/ JBON/*

JONATHAN B. O'NEILL, ESQ. Bar I.D. 4442
MORTON R. KIMMEL, ESQ. Bar I.D. 132
MICHAEL D. BEDNASH, ESQ. Bar I.D.2948
Kimmel, Carter, Roman & Peltz, P.A.
200 Biddle Avenue, Suite 101
Spingside Plaza
Newark, Delaware 19702
(302) 392-5277
Attorneys for Plaintiffs