IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MP VISTA, INC., HABIB PETROLEUM,
WARREN'S SHELL, INC.,INDIVIDUALLY
AND ON BEHALF OF THOSE
SIMILARLY SITUATED

NO. 07-99

VERSUS

MOTIVA ENTERPRISES, LLC AND SHELL
OIL COMPANY

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Andre P. LaPlace to represent MP Vista, Inc., Habib Petroleum, Warren's Shell, Inc., individually and on behalf of those similarly situated in this matter.

SIGNED: /S/ JONATHAN B. O'NEILL
        Jonathan B. O'Neill, Esq. Bar I.D. 4442
        Mr. Morton Kimmel, Esq., DE Bar Roll No. 132
        Mr. Michael Bednash, DE Bar Roll No. 2948
        Kimmel, Carter, Roman & Peltz, P.A.
        200 Biddle Avenue
        Springside Plaza, Suite 101
        Newark, DE 19702
        Phone: 302-392-5277
            Attorneys for Plaintiffs,
            MP Vista, Inc., Habib Petroleum,
            Warren's Shell, Inc. individually
            And on behalf of others similarly situated.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

DATE: _____

_____
JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MP VISTA, INC., HABIB PETROLEUM,            NO. 07-99
WARREN'S SHELL, INC.,INDIVIDUALLY
AND ON BEHALF OF THOSE
SIMILARLY SITUATED

VERSUS

MOTIVA ENTERPRISES, LLC AND SHELL
OIL COMPANY

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Louisiana and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation of course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon filing of this motion.

Signed:_____      Date: 3/22/07
        Andre P. LaPlace, La. Bar Roll No. 8039
        Law Firm of Andre P. LaPlace
        2762 Continental Drive, Suite 103
        Baton Rouge, LA 70808
        (225) 924-6898

United States of America

State of Louisiana

## Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

ANDRE PHILLIP LAPLACE, ESQ., #8039

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 17th Day of October, 1980 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 1st Day of February, 2007, A.D.

Clerk of Court
Supreme Court of Louisiana