UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MP VISTA, INC., HABIB PETROLEUM WARREN'S SHELL, INC. INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED<br><br>vs.<br><br>MOTIVA ENTERPRISES, LLC AND SHELL OIL COMPANY | No. 1:07-CV-00099-*** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

PURSUANT to District Court Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of David M. Rodi, Esquire, of Baker Botts LLP, 910 Louisiana Street, Houston, TX 77002-4495, and Ann Spiegel, Esquire, of Greensfelder, Hemker & Gale, 1300 SW Fifth Avenue, Suite 2500, Portland, Oregon 97201-5602 to represent in this matter.

PRICKETT, JONES & ELLIOTT, P.A.

BY: _____
PAUL M. LUKOFF (#96)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
Tele: (302) 888-6514
pmlukoff@prickett.com
Attorneys for Defendants

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's Motion For Admission *pro hac vice* is granted.

Date: _____    _____
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2007, a true and correct copy of the foregoing was sent via electronic mail to all counsel of record.

Jonathan B. O'Neill, Esq.
Morton R. Kimmel, Esq.
Michael D. Bednash, Esq.
Kimmel, Carter, Roman & Peltz, P.A.
200 Biddle Avenue, Suite 101
Springside Plaza
Newark, Delaware 19702

_____
Paul M. Lukoff (DSBA No. 96)

.\330803v1HOU02:1098380

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing in the State of Texas. Pursuant to District Court Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Date: 3/30/07                  Signed: *[signature]*
                                       David M. Rodi, Esq.
                                       BAKER BOTTS LLP
                                       910 Louisiana Street
                                       Houston, Texas 77002-4495
                                       Texas Bar ID No. 00797334
                                       713.229.1139 (Tel)
                                       713.229.7839 (Fax)
                                       david.rodi@bakerbotts.com

925.5\330675v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to District Court Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing in the States of Oregon and Texas. Pursuant to District Court Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court.

Date: 3/30/07

Signed: _____
Ann Spiegel, Esq.
Greensfelder, Hemker & Gale, PC
1300 SW Fifth Avenue, Suite 2500
Portland, Oregon 97201-5630
Oregon Bar ID No. 061223
Texas Bar ID No. 1891330
(503) 295-4033 (Tel.)
(503) 778-5899 (Fax)
as1@greensfelder.com

925.5\330675v1