IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MP VISTA, INC., HABIB PETROLEUM WARREN'S SHELL, INC., INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED,<br><br>          Plaintiffs,<br><br>    v.<br><br>MOTIVA ENTERPRISES, LLC and SHELL OIL COMPANY,<br><br>          Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  C. A. No. 07-99-***<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **24th** day of **April, 2007**.

IT IS ORDERED that the Rule 16 scheduling teleconference scheduled for 9:30 a.m. Wednesday, May 2, 2007 with Magistrate Judge Thynge shall now take place at **12:00 Noon Eastern Time**. **Plaintiffs' counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

                                              /s/ Mary Pat Thynge
                                              UNITED STATES MAGISTRATE JUDGE