Writer's Direct Dial:
(302)888-6520
Writer's Telecopy Number::
(302)888-6331
Writer's E-Mail Address:
PMLukoff@prickett.com

**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
**1310 KING STREET, BOX 1328**
**WILMINGTON, DELAWARE 19899**
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

May 1, 2007

## VIA E-FILING

Magistrate Judge Mary Pat Thynge
U.S. District Court, Lockbox 8
844 King Street
Wilmington, DE 19801

> RE: MP Vista, et al. v. Motiva Enterprises LLC, et al.
> C. A. No. 07-99

Dear Magistrate Judge Thynge:

As required by your Order scheduling a teleconference for May 2, 2007, at 12:00 p.m., in addition to myself, two outside counsel will be participating on behalf of the defendants:

> Ann Spiegel, Esquire, Portland, Oregon
> David Rodi, Esquire, Houston, Texas

Respectfully submitted,

PAUL M. LUKOFF

PML/mhl
cc: Andre LaPlace, Esquire (Via E-Filing)
    Michael D. Bednash, Esquire (Via E-Filing)

17226.56\333232v1