UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MP VISTA, INC., HABIB PETROLEUM, and WARREN'S SHELL, INC. INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARLY SITUATED, :<br><br>Plaintiffs,<br><br>vs.<br><br>MOTIVA ENTERPRISES LLC and SHELL OIL COMPANY,<br><br>Defendants. | No. 1:07-CV-00099-*** |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address for Ann Spiegel, Esquire (Pro Hac No. 147075), counsel for Motiva Enterprises LLC and Shell Oil Company, has changed effective May 1, 2007 from Greensfelder, Hemker & Gale, 1300 SW Fifth Avenue, Suite 2500, Portland, Oregon 97201-5602 to:

> **DAVIS WRIGHT TREMAINE, LLP**
> **1300 SW Fifth Avenue, Suite 2300**
> **Portland, OR 97201**
> **Telephone: (503) 778-5215**
> **Facsimile: (503) 276-5816**

All orders, notices and other correspondence from the Court and all parties should be directed to this new address.

> PRICKETT, JONES & ELLIOTT, P.A.
>
> BY: *Paul M. Lukoff*
> PAUL M. LUKOFF (I.D. No. 96)
> 1310 King Street
> P. O. Box 1328
> Wilmington, DE 19899
> (302) 888-6520
> Attorneys for Defendants

DATE: May 2, 2007

17226.56\333280v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2007, a true and correct copy of the foregoing was sent via electronic mail to all counsel of record:

Jonathan B. O'Neill, Esq.
Morton R. Kimmel, Esq.
Michael D. Bednash, Esq.
Kimmel, Carter, Roman & Peltz, P.A.
200 Biddle Avenue, Suite 101
Springside Plaza
Newark, Delaware 19702

Andre P. LaPlace, Esquire
Law Firm of Andre P. LaPlace
2762 Continental Drive, Suite 103
Baton Rouge, LA 0808

_____
PAUL M. LUKOFF (I.D. No. 96)

17226.56\333281v1