LAW OFFICES

# KIMMEL, CARTER, ROMAN & PELTZ

PROFESSIONAL ASSOCIATION

MAILING ADDRESS
P.O. BOX 1070
BEAR, DELAWARE 19701

(302) 392-2000
(866) 792-5277 (TOLL FREE)
FAX (302) 392-0800
www.KimmelCarter.com

E-mail: mmbartkowski@kcrlaw.com

MORTON RICHARD KIMMEL*
EDWARD B. CARTER, JR.
THOMAS J. ROMAN
WILLIAM R. PELTZ
MICHAEL D. BEDNASH
MATTHEW M. BARTKOWSKI**
WILLIAM R. BAKER, JR.***
JONATHAN B. O'NEILL****
DANIEL A. SCHWARZ▲
LAWRANCE SPILLER KIMMEL°

*ALSO MEMBER DC BAR
**ALSO MEMBER PA BAR
***ALSO MEMBER MD BAR
****ALSO MEMBER NJ BAR
▲MEMBER PA & NJ BARS ONLY
°ALSO MEMBER PA & NJ BARS

OFFICE LOCATIONS

200 BIDDLE AVENUE
SUITE 101
SPRINGSIDE PLAZA
NEWARK, DE

913 MARKET STREET
SUITE 700
WILMINGTON, DE
(302) 571-0800

May 1, 2007

RE:   MP Vista, et al. v. Motiva Enterprises, LLC, et al.
      C.A. No.: 07-99

Magistrate Judge Mary Pat Thynge
U.S. District Court, Lockbox 8
844 King Street
Wilmington, DE 19801

Dear Magistrate Judge Thynge:

    As required by your Order scheduling a tele-conference for May 2, 2007 at 12:00 p.m. in addition to myself, the following outside counsel will be participating on behalf of the plaintiffs:

    Andre LaPlace, Esq., Baton Rouge, LA.

Respectfully yours,

Michael D. Bednash

MDB/kem
cc: Andre LaPlace, Esquire (via e-filing)
    Paul M. Lukoff, Esquire (via e-filing)