Writer's Direct Dial:
(302)888-6514
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
DEBrand@prickett.com

**PRICKETT, JONES & ELLIOTT**
A PROFESSIONAL ASSOCIATION
1310 KING STREET, BOX 1328
WILMINGTON, DELAWARE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

February 21, 2008

*Via E-File*

The Hon. Gregory M. Sleet
United States District Court Judge
844 King Street
Lock Box 19
Wilmington, DE 19801

> *In re: MP Vista, et.al. v. Motiva Enterprises, LLC and Shell Oil Company*
> *No. 1:07-CV-00099-GMS*

Dear Chief Judge Sleet:

This letter is prompted by the Court's case management Order [D. I. 24] issued February 8, 2008. Although no dispositive motion is pending in this case, the parties jointly request that Defendants' pending Motion to Change Venue [D. I. 8] be treated for scheduling purposes under Paragraph 2 of the Court's Order since a decision granting the motion will remove the case from the docket of this Court. Alternatively, a ruling denying the motion will allow the case to proceed to class discovery under a schedule to be established by this Court.

The venue motion was filed April 12, 2007, and briefing was completed on April 27, 2007 [D. I. 16]. Neither party requested oral argument pursuant to Rule 7.1.4. Counsel are available at the convenience of the Court to address questions regarding this scheduling request or the motion to change venue.

Respectfully

PAUL M. LUKOFF
(DE Bar ID 96)

cc: Jonathan B. O'Neill, Esq.
 Andre LaPlace, Esq.
 David M. Rodi, Esq.
 Ann Spiegel, Esq.

17226.56\361311v1